No. 71–5538.  KENNON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–5539.  SCHERER v. HOCKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–5542.  POOL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5546.  DUNLEAVAY v. ROCKEFELLER CENTER, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 70–290.  GAS LIGHT COMPANY OF COLUMBUS v. GEORGIA POWER CO. ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE WHITE is of the opinion that certiorari should be granted.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 70–5049.  BURNS v. SWENSON, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 70–5072.  HARPER ET AL. v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 71–295.  GIBBS ET AL. v. SEXTON.  C. A. 5th Cir.  Motion of respondent to dispense with printing brief granted.  Certiorari denied.